Andrew J. Ditlevsen (SBN CA 284911)
andrew.ditlevsen@lathropgpm.com
LATHROP GPM
500 Capitol Mall
Suite 1750
Sacramento, CA 95814
Telephone: 916.318.8088

Peter E. Nissly (SBN CA 270520)
peter.nissly@lathropgpm.com
Jon-Patrick A. Jones (SBN CA 333173)
jon-patrick.jones@lathropgpm.com
LATHROP GPM LLP
70 South First Street
San Jose, CA 95113
Telephone: 408.286.9800
Facsimile: 408.998.4790

Attorneys for Defendants LYNSIE BRUSHETT and VICKI CRAFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD M. CARN MD,

Plaintiff,

v.

SunMEDICA, INC.; KIMBERLY MILLS; LYNSIE BRUSHETT; VICKI CRAFT; and DOES 1-20, inclusive,

Defendant.

Case No. 2:26-cv-03018-DJC-ICD

**STIPULATION FOR DEFENDANTS LYNSIE BRUSHETT AND VICKI CRAFT'S EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Action Filed: September 8, 2026
Trial Date: None set

Pursuant to Local Rule 144(a), Plaintiff RONALD M. CARN MD and Defendants LYNSIE BRUSHETT and VICKI CRAFT (collectively "Defendants") agree and stipulate that Defendants shall have an additional twenty-eight (28) days, up to and including October 27, 2026, to answer or otherwise respond to the Complaint.

The current deadline for Defendants to answer or otherwise respond to the Complaint is September 29, 2026. No scheduling order has been issued in this action, and therefore no discovery cutoff, law and motion cutoff, pretrial conference date, or trial date has been set.

Good cause exists for the requested extension. Defendants recently retained undersigned counsel following removal of this action to federal court. Additional time is needed to complete counsel's review of the allegations, evaluate potential responsive pleadings, and coordinate with counsel for the other defendants regarding case strategy and anticipated representation in this matter. The requested extension will not affect any case deadlines or require modification of any scheduling order because no such deadlines have been established.

No prior extensions of time have been requested by the parties or granted by the Court.

Dated: September 28, 2026

LATHROP GPM LLP

By: /s/ [signature]
Andrew J. Ditlevsen
Peter E. Nissly
Jon-Patrick A. Jones

Attorneys for Defendants LYNSIE BRUSHETT and VICKI CRAFT

September 28, 2026

PICKERING LAW CORPORATION

By: /s/ [signature]
Michael L. Pickering

Attorneys for Plaintiff Ronald M. Cam

September 28, 2026

CARLE, MACKIE, POWER & ROSS LLP

By: /s/ [signature]
Kimberly Corcoran
Philip J. Terry

Attorneys for Defendant SunMEDICA, INC

**ORDER**

The Court, having considered the parties' Stipulation for Defendants Lynsie Brushett and Vicki Craft's Extension of Time to Answer or Otherwise Respond to Complaint, and good cause appearing therefor, hereby ORDERS that Defendants Lynsie Brushett and Vicki Craft shall have up to and including October 27, 2026, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: September 28, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE