DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
mthomas@downeybrand.com
THOMAS A. GHERINI (Bar No. 352671)
tgherini@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for RONALD M. CARN MD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

RONALD M. CARN MD,

Plaintiff,

v.

SunMEDICA, INC.; KIMBERLY MILLS;LYNSIE BRUSHETT; VICKI CRAFT; and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-CV-03018-DJC-ICD

**STIPULATION AND ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT, WITHDRAWAL OF MOTION TO DISMISS, AND RESPONSIVE PLEADING DEADLINES**

Judge: Hon. Daniel J. Calabretta
Date: November 12, 2026
Time: 1:30 p.m.
Crtrm.: 7

Plaintiff Ronald M. Carn, MD ("Plaintiff"), and Defendants SunMedica, Inc., Kimberly Mills, Lynsie Brushett, and Vicki Craft ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendants removed this case to Federal Court on September 8, 2026 (ECF No. 1);

WHEREAS, on September 15, 2026, Defendants SunMedica, Inc. and Kimberly Mills filed their Motion to Dismiss, which is presently set for hearing on November 19, 2026 (ECF No. 7);

WHEREAS, Defendant Kimberly Mills' counsel filed a Consent Order Granting Substitution of Attorney on September 24, 2026 (ECF No. 12), not yet signed by the Court,



DOWNEY BRAND LLP

such that Ms. Mills will be represented by the same counsel as Ms. Brushett and Ms. Craft (Lathrop GPM LLP);

WHEREAS, on September 29, 2026, Plaintiff Ronald M. Carn MD filed his Opposition to the Motion to Dismiss (EFC No. 16).

WHEREAS, the parties have reached agreement to resolve the issues now pending on the motion to dismiss through this stipulation.

**STIPULATION**

1. Plaintiff shall have through and including November 2, 2026, to file and serve a First Amended Complaint.

2. Defendants SunMedica, Inc. and Kimberly Mills hereby withdraw their pending Motion to Dismiss Plaintiff's Complaint (ECF No. 7), without prejudice to any arguments, defenses, or motions that may be asserted in response to the First Amended Complaint.

3. The Motion to Dismiss shall be dropped from the Court's calendar, and the hearing presently set for November 19, 2026, at 1:30 p.m. shall be vacated.

4. No Defendant shall be required to answer, move against, or otherwise respond to Plaintiff's presently operative Complaint. Any existing deadline for any Defendant to respond to the present Complaint is vacated.

5. Following the filing and service of the First Amended Complaint, each Defendant shall respond to the First Amended Complaint within the time provided by the Federal Rules of Civil Procedure, unless otherwise agreed by the parties or ordered by the Court.

6. This stipulation is without prejudice to, and does not waive, any claims, defenses, objections, arguments, or other rights of any party with respect to the First Amended Complaint.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: October 2, 2026

DOWNEY BRAND LLP

By: */s/ Michael J. Thomas*
MICHAEL J. THOMAS
THOMAS A. GHERINI
Attorneys for RONALD M. CARN MD

DATED: October 2, 2026

CARLE, MACKIE, POWER & ROSS LLP

By: */s/ Kimberly Corcoran*
*(as authorized on 10/2/26)*
KIMBERLY CORCORAN
PHILIP J. TERRY
Attorneys for Defendants
SUNMEDICA, INC. and KIMBERLY MILLS

DATED: October 2, 2026

LATHROP GPM LLP

By: */s/ Jon-Patrick A. Jones*
*(as authorized on 10/2/26)*
PETER E. NISSLY
ANDREW J. DITLEVSEN
JON-PATRICK A. JONES
Attorneys for Defendants LYNSIE BRUSHETT and VICKI CRAFT

DOWNEY BRAND LLP

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall have through and including November 2, 2026, to file and serve a First Amended Complaint.

2. The Motion to Dismiss filed by Defendants SunMedica, Inc. and Kimberly Mills (ECF No. 7) is deemed withdrawn and shall be terminated.

3. The hearing on the Motion to Dismiss presently scheduled for November 19, 2026, at 1:30 p.m. is VACATED.

4. No Defendant shall be required to answer, move against, or otherwise respond to Plaintiff's presently operative Complaint.

5. Following the filing and service of the First Amended Complaint, Defendants shall respond to the First Amended Complaint within the time provided by the Federal Rules of Civil Procedure, unless otherwise stipulated by the parties or ordered by the Court.

IT IS SO ORDERED.

Dated: October 2, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE