Andrew J. Ditlevsen (SBN CA 284911)
andrew.ditlevsen@lathropgpm.com
LATHROP GPM
500 Capitol Mall
Suite 1750
Sacramento, CA 95814
Telephone: 916.318.8088

Peter E. Nissly (SBN CA 270520)
peter.nissly@lathropgpm.com
Jon-Patrick A. Jones (SBN CA 333173)
jon-patrick.jones@lathropgpm.com
LATHROP GPM LLP
70 South First Street
San Jose, CA 95113
Telephone: 408.286.9800
Facsimile: 408.998.4790

Attorneys for Defendants
KIMBERLY MILLS, LYNSIE BRUSHETT, and VICKI CRAFT

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD M. CARN MD,<br><br>Plaintiff,<br><br>v.<br><br>SunMEDICA, INC., ET AL.,<br><br>Defendants. | Case No.: 2:26-cv-03018-DJC-ICD<br><br>**STIPULATION FOR DEFENDANTS' EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

**ORDER**

The Court, having considered the parties' Stipulation to Extend the Defendants' Time to Answer or Otherwise Respond to the First Amended Complaint, and good cause appearing, hereby ORDERS that Defendants shall have through and including November 30, 2026, to answer or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: November 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE